DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COREY D. BYRD,**
Appellant,

v.

**ROBERT BRYNER,** Warden of **OKEECHOBEE CORRECTIONAL
INSTITUTION,** and **RICKY D. DIXON,** Secretary**, FLORIDA
DEPARTMENT OF CORRECTIONS,**
Appellees.

No. 4D2025-2576

[May 14, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Hon. Laurie E. Buchanan, Judge; L.T. Case No. 472024CA000113CAAXMX.

Corey D. Byrd, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Attorney General, West Palm Beach, for appellee State of Florida.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***